

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00335-CV

---

In the Interest of A.M.G., a Child

On Appeal from the County Court at Law No. 5
El Paso County, Texas
Trial Court No. 2020DCM3885

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal and that this decision be certified below for observance.

IT IS SO ORDERED this 14th day of November 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.